FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
ddornak@fisherphillips.com
Attorneys for Respondent
NP Red Rock, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, <br><br> Petitioner, <br><br> vs. <br><br> NP RED ROCK LLC D/B/A RED ROCK CASINO RESORT & SPA, <br><br> Respondent. | Case No. 2:20-cv-02351-GMN-VCF <br><br> **STIPULATION AND REQUEST FOR ADDITIONAL TIME TO OBTAIN TRANSLATION AND POSTING OF ORDER** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that there is good cause for this Stipulation and Request based on the extraordinary circumstances in this case.

The Court's Order entered on July 20, 2021 requires Respondent to post copies of the Order at its facility within five days of entry of the Order. Respondent can and will comply with that portion of the Order.

However, the Order also provides that it must be posted in Spanish and possibly additional languages as well. The Order also requires that the Petitioner approve any

- 1 –

FP 41119935.1

translation prior to posting. Respondent diligently sought out and retained a reputable translation service however the service has advised that due to the 35 page length of the Order it cannot produce that translation and conduct its normal quality control process in time to meet the five day deadline.

The Respondent believes that it can provide draft translations to the Petitioner by the end of business on July 30, 2021 and execute the posting by August 3, 2021.

Petitioner has stipulated to this request.

Wherefore the parties request that the deadline for the posting of the non-English versions of the Order be extended to August 3, 2021.

| FISHER & PHILLIPS | NATIONAL LABOR RELATIONS BOARD, REGION 28 |
|---|---|
| By: *Mark J. Ricciardi* <br> Mark J. Ricciardi, Esq. <br> David B. Dornak, Esq. <br> 300 S. Fourth Street #1500 <br> Las Vegas. NV 89101 <br> Attorney for Respondent | By: *Sara S. Demirok* <br> Sara S. Demirok <br> 2600 N. Central Avenue, Suite 1400 <br> Phoenix, AZ 85004 <br> Attorney for Petitioner |

**IT IS SO ORDERED**.

Dated this 26 day of July, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

FP 41119935.1