**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGIONAL DIRECTOR CORNELE A. OVERSTREET, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>NP RED ROCK, LLC, )<br>)<br>Respondent. ) | Case No.: 2:20-cv-2351-GMN-VCF<br><br>**ORDER** |

Pending before the Court is Red Rock's Emergency Motion to Extend Time, (ECF No. 33). Petitioner filed a Response, (ECF No. 35), and Red Rock filed a Reply, (ECF No. 37).

Red Rock seeks an extension of the deadlines in the Court's Order granting the Petition for Temporary Injunction (the "Injunction"). If the Court does not extend the deadlines, Red Rock must take certain actions that it contends could damage its relationship with its employees, beginning on August 3, 2021. (*See* Mot. Stay 2:9–21, ECF No. 31) (explaining risk of prejudice); (Mot. Ext. 2:16–3:9, ECF No. 33) (outlining the upcoming deadlines). Given the risk of prejudice, among other factors, Red Rock has sought a stay of the Injunction pending appeal. (*See generally* Mot. Stay, ECF No. 31). Red Rock seeks an extension of the Injunction's deadlines—until after the Court rules on the Motion to Stay—given several deadlines will pass before the Motion to Stay is fully briefed. (Mot. Ext. 3:23–26).

In his Response, Petitioner primarily contests Red Rock's likelihood to prevail on the Motion to Stay. (*See generally* Resp. Mot. Ext., ECF No. 35). However, even if the Motion to Stay would likely be denied, Petitioner has failed to articulate, beyond conclusory assertions, why the Motion's mere pendency does not provide sufficient cause warranting a minimal extension of the Injunction's deadlines. (*Id.*).

If the Court does not extend the Injunction's deadlines, the Court would partially moot the relief sought in the Motion to Stay.  Petitioner will suffer little harm if the deadlines are briefly extended, as the Emergency Motion to Stay will be fully briefed no later than August 5, 2021. (*See* Min. Order, ECF No. 32).

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the Court **GRANTS** the Motion to Extend Time, (ECF No. 33).  The Court extends the deadlines provided in the Injunction until August 7, 2021.  Any deadlines previously set to expire after August 7, 2021, shall remain unaffected by this Order.

Dated this  2   day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT